WALTER B. SOLINGER, by SIDNEY LOWENTHAL, His Guardian ad Litem, Respondent, *v.* THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.

*Solinger* v. *Brooklyn Heights R. R. Co.*, 120 App. Div. 893, affirmed.
(Argued March 31, 1909; decided May 4, 1909.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 1, 1907, affirming a judgment in favor of plaintiff entered upon a decision of the Municipal Court of the city of New York in an action under section 604 of the Railroad Law (L. 1892, ch. 676) to recover a penalty for refusal of the defendant to issue a transfer.

*Charles A. Collin* and *George D. Yeomans* for appellant.

*Ira Leo Bamberger* and *Sidney Lowenthal* for respondent.

Judgment affirmed, with costs, on opinion in *Munro* v. *Brooklyn Heights R. R. Co.* (195 N. Y. 452).

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT, and CHASE, JJ.